ORIGINAL    05 - 550

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District of Delaware |
|---|---|
| Name (under which you were convicted): John H. Benge, Jr. | Docket or Case No.: |
| Place of Confinement: Sussex Correctional Institution | Prisoner No.: 494395 |
| Petitioner (include the name under which you were convicted) John H. Benge, Jr.    v. | Respondent (authorized person having custody of petitioner) Rick Kearney, Warden Sussex Correctional Institution |
| The Attorney General of the State of Delaware | M. Jane Brady, Esq. 820 N. French Street Wilmington, DE 19801 |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   Superior Court of the State of Delaware in and for Sussex County
   The Circle, Georgetown, DE 19947

   (b) Criminal docket or case number (if you know): Case ID No. 0210012355A

2. (a) Date of the judgment of conviction (if you know): October 10, 2003
   (b) Date of sentencing: October 10, 2003

3. Length of sentence: 9 years, 30 days imprisonment

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒  No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: _____
   Assault Second degree    8 years imprisonment
   Criminal Trespass First degree    1 year imprisonment
   Offensive Touching    30 days imprisonment

6. (a) What was your plea? (Check one)
   (1)    Not guilty ☒        (3)    Nolo contendere (no contest) ☐
   (2)    Guilty ☐            (4)    Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____
   Not applicable

    (c) If you went to trial, what kind of trial did you have? (Check one)

        Jury ☒      Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    Yes ☒  No ☐

8. Did you appeal from the judgment of conviction?

    Yes ☒  No ☐

9. If you did appeal, answer the following:

    (a) Name of court: Supreme Court of the State of Delaware

    (b) Docket or case number (if you know): No. 544, 2003

    (c) Result: The three convictions were affirmed

    (d) Date of result (if you know): November 15, 2004

    (e) Citation to the case (if you know): unreported order

    (f) Grounds raised: Lack of specific unanimity instruction as to assault second degree; incomplete instruction on lesser included offenses which operated to deny due process; prosecutor's improper attack on petitioner's character; improper admission of inflammatory evidence which operated to deny due process; imposition of prison sentences that exceeded the maximum penalties permissible under the 6th Amendment

    (g) Did you seek further review by a higher state court? Yes ☐  No ☒

        If yes, answer the following:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Result: _____

        (4) Date of result (if you know): _____

        (5) Citation to the case (if you know): _____

        (6) Grounds raised: _____

    (h) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☒

        If yes, answer the following:

        (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☐  No ☒

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes ☐  No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

  (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ❑   No ❑

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ❑  No ❑

    (7) Result: _____

    (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:    Yes ❑   No ❑

    (2) Second petition:    Yes ❑   No ❑

    (3) Third petition:    Yes ❑   No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Lack of specific unanimity instruction as to assault second degree

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The trial court failed to require that the jury verdict be specifically unanimous as to the elements of assault degree: the weapon alledgedly used and petitioner's state of mind at the time of the alledged asssault, both of which were in issue at the trial. Due process reqiuried a jury verdict based upon specific unanmity as there were three possible weapons and three possible states of mind in dispute as to the offense of assault second degree. See Argument I in petitioner's brief with this petition

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☒  No ☐
  (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☐   No ☒
  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

   Yes ❏   No ❏

(4) Did you appeal from the denial of your motion or petition?

   Yes ❏   No ❏

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❏   No ❏

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _None_

_____

**GROUND TWO:** _Incomplete instruction on lesser included offenses_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The trial court gave an incomplete instruction as to the weapon alledgedly used by petitioner in assault second degree and assault third degree, lesser included offenses of attempted murder. In this mulit-level case, whwere petitioner was found guilty only of an intermediate offense, the errorneous

<u>instruction resulted in a denial of due process</u><u>as it had a substantial and</u> <u>injurious effect on the jury verdict. See Argument II in petitoner's brief</u> <u>with this petition.</u>

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☒  No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☐  No ☒

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ☐  No ☐

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☐  No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐  No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** ___The prosecutor improperly attacked petitiner's character___ ___during his trial testimony_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
___The prosecutor improperly and deliberately attacked petitioner's character___ ___during his trial testimony by stating "You're quite a humanitarian, aren't___ ___you?" in the presence of the jury during cross-examination. In this case, where___ ___credibility was of crtical importance to the outcome of the case, the___ ___prosecutor's comment so infected the trial with unfairness as to deny due___ ___process. See Argument III in petitioner's brief with this petition.___

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☒  No ☐

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☐   No ☒

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

   Yes ☐   No ☐

(4) Did you appeal from the denial of your motion or petition?

   Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

Page 11A

**GROUND FIVE:** The sentences imposed exceeded the maximum penalties permissible under the 6th Amendment

(a) Supporting facts:

The sentences imosed upon petitioner exceeded the maximum penalties permitted under the Delaware Truth In Sentencing "presumptive sentences" and were enhanced above those guideline sentences on the basis of facts neither proven to a jury beyond a reasonable doubt nor admitted by petitioner at the time of sentencing. See Argument V in petitioner's brief with this petition.

(b) If you did not exhaust your state remedies on Ground Five, explain why: _____

(c) **Direct Appeal of Ground Five:**
    (1) If you appealed from the judgment of conviction, did you raise this ground?
        Yes ☒   No ☐
    (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**
    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☐   No ☒
    (2) If your answer to Question (d)(1) is "Yes," state: _____

(e) **Other Remedies:** Describe any other procedures ( such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Five:
_____

**GROUND FOUR:** _The trial court improperly permitted the admission of inflammatory evidence_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The trial court permitted the prosecutor to introduce evidence of "prior bad acts" by petitioner. The admission of such evidence rendered petitioner's trial so unfair as to deny due process. See Argument IV with this petition.

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☒  No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☐  No ☒

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?
Yes ☐  No ☐

(4) Did you appeal from the denial of your motion or petition?
Yes ☐  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ☒  No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Not applicable _____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☐  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____
_____
_____
_____
_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☐    No ☒
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____
_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: <u>Joseph A. Hurley, Esq.</u>
        <u>1215 N. King Street, Wilmington, DE 19801</u>

    (b) At arraignment and plea: <u>(same)</u>

    (c) At trial: <u>(same)</u>

    (d) At sentencing: <u>(same)</u>

    (e) On appeal: <u>Bernard J. O'Donnell, Esq.</u>
        <u>Public Defender's Office, 820 N. French St. Wilmington, DE 19801</u>

    (f) In any post-conviction proceeding <u>Not applicable</u>

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____
        <u>Not applicable</u>

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☒    No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: i) Delaware Superior Court, Wilmington, DE ii) Delaware Superior Court, Georgetown, DE

(b) Give the date the other sentence was imposed: i) March 19, 2004; ii) January 20, 2004

(c) Give the length of the other sentence: i) 3 years   ii) 7 months

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☒  No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*  Not applicable

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: <u>awarding petitioner a writ of habeas corpus as to grounds one – four hereof, conditioned upon a new trial; as to ground five hereof, conditioned upon a resentencing</u> or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ___July 10___, 2005_____ (month, date, year).

Executed (signed) on ___July 10, 2005_____ (date).

_____
Signature of Petitioner

---

*(...continued)
  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

## IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

\* \* \* \* \*