**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN H. BENGE, JR.,<br>*PETITIONER*<br><br>v.<br><br>RICK KEARNEY, WARDEN<br>SUSSEX CORRECTIONAL<br>INSTITUTION,<br>*RESPONDENT* | )<br>)<br>)    05 - 550<br>)<br>)  NO. _____, 2005<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF A PETITION FOR
*HABEAS CORPUS* AND TO EXCEED THE PAGE LIMITATION FOR A BRIEF**

COMES NOW, John H. Benge, Jr., petitioner *pro se*, and moves this Court for an order granting leave to petitioner to file the attached brief in support of petitioner's petition for a writ of *habeas corpus* at the time of the filing of such petition for relief and for leave to exceed the page limitation for a brief filed in this Court as the issues raised in the brief cannot be presented in a manner helpful to resolution of such issues within the page limitation set by the rules of this Court.

Date: July 10, 2005

So Ordered this ____ day of
July, 2005

_____
John H. Benge, Jr.
Sussex Correctional Inst.
P.O. Box 500
Georgetown, DE 19947