IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN H. BENGE, JR.,           )
                              )
         Petitioner,          )
                              )
v.                            )          Civil Action No. 05-550-GMS
                              )
RICK KEARNEY,                 )
Warden,                       )
                              )
         Respondent.          )

**O R D E R**

At Wilmington this 26th day of _August_, 2005;

IT IS ORDERED that:

Petitioner John H. Benge's motion for leave to file a brief in support of his 2254 petition

is GRANTED as moot. (D.I. 2.) Benge filed the motion simultaneously with his brief.



UNITED STATES DISTRICT JUDGE

FILED

AUG 3 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE