John H. Benge, Jr.
P.O. Box 500
Georgetown, DE 19947
September 7, 2005

Clerk of the Court
United States District Court
844 North King Street
Wilmington, DE 19801

                Re: Benge v. Kearney, Warden
                Civil Action No. 05-0550(GMS)

Dear Sir:

    I enclose herewith an AEDPA Election from for filing in the above-captioned action.

    Thank you for your kind assistance.

                              Respectfully,

                              [signature]

FILED
SEP - 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE