IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN H. BENGE, JR.,                )
                                   )
       Petitioner,                 )
                                   )
v.                                 )      Civil Action No. 05-550-GMS
                                   )
RICK KEARNEY,                      )
Warden,                            )
                                   )
       Respondent.                 )

**ORDER**

At Wilmington this 3rd day of October, 2005;

IT IS ORDERED that:

Petitioner John H. Benge's motion to consolidate his two habeas proceedings, *Benge v. Kearney*, Civ. A. No. 05-550-GMS and *Benge v. Kearney*, Civ. A. No. 05-551-GMS, is DENIED. (D.I. 8.)

                                                  UNITED STATES DISTRICT JUDGE

FILED

OCT - 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE