**FILED**

Oct 17  2 58 PM '05

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LOREN MEYERS
   DEPUTY ATTORNEY GENERAL
   DEPARTMENT OF JUSTICE
   820 N. FRENCH STREET
   WILMINGTON, DE 19801

   05-550 GMS

2. Article Number  05-551
   (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Chris J. Surles

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540