## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN H. BENGE**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-550-GMS |
| | : | |
| **RICK KEARNEY**, Warden, | : | |
| **M. JANE BRADY**, Attorney General | : | |
| of the State of Delaware | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *John H. Benge v. State of Delaware*, No. 137, 2004:

    a.    the appellant's opening brief and appendix;

    b.    the State's answering brief

    c.    and the Court's order dated November 12, 2004.

    /s/
Thomas E. Brown
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID# 3278
*ThomasE.Brown@state.de.us*

Date: December 28, 2005

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on December 28, 2005 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office.  I hereby certify that on December 28, 2005  I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

    John H. Benge (No. 494395)
    Sussex Correctional Institute
    P.O. Box 500
    Georgetown, DE 19947.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: December 28, 2005