John H. Benge, Jr.
P.O. Box 500
Georgetown, DE 19947
January 12, 2006



The Honorable Gregory M. Sleet,
   Associate Judge, United Sates District Court
844 North King Street
Wilmington, DE 19801

                    Re: Benge v. Kearney, Warden
                     Habeas Corpus Case No. 05-0550(GMS)

Dear Judge Sleet:

    By order of October 11, 2005, as extended by order of December 1, 2005, the Court directed respondents to file answers on December 28, 2005 to the habeas corpus petitions filed in C. A. Nos. 05-0550(GMS) and 05-0551(GMS).

    On December 30, 2005, I received the respondents' answer in C.A. No. 05-0551(GMS); however, to date, I am not in receipt of the answer in 05-0550(GMS). I wrote to Mr. Brown, the respondents' counsel, on January 4, 2006 explaining that I lacked the second answer and requesting that he send a replacement copy to me. I have not heard from him as of this date.

    I realize that the Court's time is valuable in the extreme and that matters such as this should be handled by the parties. However, I cannot respond to that which I have not seen and I am simply unable to walk over to the courthouse and obtain a copy from which to work. Not knowing what else to do, and as time is running, I write to bring this matter to the attention of the Court.

    I respectfully request that respondents' counsel be directed to provide me with a (one) copy of each of the documents filed in answer to the petition in C. A. No. 05-0550(GMS).

                                  Respectfully Submitted,

cc: Thomas E. Brown, Esq.
    Clerk of the Court

I/M: J. BENKE   BLDG: MERIT WEST
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
844 NORTH KING STREET
LOCK BOX 18
WILMINGTON DE   19801-3570