IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN H. BENGE**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-550-GMS |
| | : | |
| **RICK KEARNEY**, Warden, | : | |
| **CARL C. DANBERG**, Attorney General | : | |
| of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS** [1]

1. Respondents filed with the Clerk of the Court on February 1, 2006 certified copies of the following Delaware Supreme Court documents in *John H. Benge, Jr. v. State of Delaware*, No. 544, 2003:

    a.    the appellant's opening brief and appendix filed May 6, 2004;

    b.    the State's answering brief and appendix filed June 18, 2004;

    c.    the appellant's supplemental memorandum filed August 18, 2004;

    d.    the State's answering supplemental memorandum filed August 25, 2004;

    e.    and the Court's order dated November 15, 2004.

/s/
Thomas E. Brown
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
Del. Bar ID#  3278
*ThomasE.Brown@state.de.us*

Date: October 30, 2006

---

[1] Pursuant to the Court's order and Civil Rule 25(d)(1), Carl C. Danberg, who succeeded M. Jane Brady as Attorney General for the State of Delaware, is substituted as a party in this proceeding.

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on October 30, 2006 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office. I hereby certify that on October 30, 2006 I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

> John H. Benge (No. 494395)
> Sussex Correctional Institute
> P.O. Box 500
> Georgetown, DE 19947.

/s/_____
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: October 30, 2006