John H. Benge, Jr.<br>
P.O. Box 500<br>
Georgetown, DE 19947<br>
November 2, 2006

Clerk of the Court  
United States District Court  
844 North King Street  
Lockbox 17  
Wilmington, De 19801

                Re: Benge v. Kearney, *et al*  
                C. A. No. 05-0550(GMS)

Dear Sir:

    Pursuant to Judge Sleet's order of September 29, 2006, I enclose herewith for filing in the above captioned action petitioner's reply brief and the appendix thereto. These filings are intended to replace the filings stricken by Judge Sleet's order.

    Also enclosed with this letter is a motion for judgment under habeas corpus Rule 8(a) and FRCP Rule 56(a).

    Thank you for your kind cooperation in docketing these filings.

FILED  
NOV - 3 2006  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

                                                      Respectfully,

                                                      */s/ John*

Enc.  
cc: Thomas E. Brown, Esq., Delaware DAG