

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| John H. Benge, Jr., ) | |
| ) | |
| Petitioner ) | |
| ) | Civil Action No. 05-0550(GMS) |
| v. ) | |
| ) | |
| Rick Kearney, Warden ) | |
| Sussex Correctional ) | |
| Institution And ) | |
| Carl C. Danberg, Esq., ) | |
| Attorney General Of The ) | |
| State of Delaware, ) | |
| ) | |
| Respondents ) | |

FILED
JAN -5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RO scanned

## RULE 25(d)(1) MOTION FOR SUBSTITUTION OF PARTY RESPONDENT AND TO AMEND CAPTION

**COMES NOW, John** H. Benge, Jr. ("Petitioner"), *pro se*, and pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, moves for substitution of Joseph R. Biden, III, Esq., Attorney General of the State of Delaware, as a party respondent in the above-captioned action in the place and stead of Carl R. Danberg, Esq. and to amend the caption to henceforth read a follows:

| | |
|---|---|
| John H. Benge, Jr., )<br>)<br>    Petitioner )<br>)<br>    v. )<br>)<br>Rick Kearney, Warden )<br>Sussex Correctional )<br>Institution And )<br>Joseph R. Biden, III Esq., )<br>Attorney General Of The )<br>State of Delaware, )<br>)<br>    Respondents ) | Civil Action No. 05-0550(GMS) |

The grounds for this motion are that that Joseph R. Biden, III has succeeded Carl R. Danberg, Esq. as Attorney General of the State of Delaware and an order of substitution of party is therefore appropriate and the better practice under Rule 25 (d)(1).

Date: January 3, 2007

                                                John H. Benge, Jr.
                                                P.O. Box 500
                                                Georgetown, DE 19947

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached motion were served on January 3, 2007 by depositing the same in the prisoner mail dropbox at Sussex Correctional Institution, first class mail, postage prepaid and addressed to:

>Thomas E. Brown, Esq.
>Department of Justice
>820 North French Street
>Wilmington, DE 19801

I hereby certify under penalty of the laws of the United States of America that the foregoing is true and correct.

>Executed on January 3, 2007
>
>*[signature]*