# United States District Court for the District of Delaware

John H. Benge, Jr.,       )
                           )
   Petitioner Below    )
                           )   Civil Action No.
          v.          )     05-0550 (GMS)
                           )
Michael DeLoy, Warden,  )
Sussex Correctional     )
Institution; and         )
Joseph R. Biden, III,   )
Attorney General Of The )
State Of Delaware,     )
                           )
                           )
   Respondents Below   )

FILED

JUL 20 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

## Notice of Appeal

Notice is hereby given that John H. Benge, Jr., Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment dismissing Petitioner's *habeas corpus* petition entered in this action on the 22nd day of June, 2007.

Date: July 19, 2007

John H. Benge, Jr.
Sussex Correctional Inst.
P.O. Box 500
Georgetown, DE 19947

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached Notice of

Appeal was served on July 19, 2007 by depositing the same in the prisoner

mail dropbox at Sussex Correctional Institution, Georgetown, Delaware, first

class mail, postage prepaid, and addressed to:

> Thomas E. Brown, Esq.
> Deputy Attorney General
> Department of Justice
> 820 North French Street
> Wilmington, DE 19801

With a copy to:

> The Honorable Gregory M. Sleet
> United States District Court for
>  the District of Delaware
> 844 North King Street, Lockbox 19
> Wilmington, DE 19801

I hereby certify under penalty of the laws of the United States of America
that the foregoing is true and correct.

Executed on July 19, 2007