OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE

215-299-(4923)

Website: http://www.ca3.uscourts.gov

July 27, 2007

## NOTICE OF DOCKETING OF APPEAL

**In Re: Benge v. Deloy**
**D.C. No. 05-cv-00550**

**(Honorable Judge Gregory M. Sleet)**

An appeal by    **John H. Benge**    filed in the above-caption case on 7/20/07, and docketed in this Court on 7/27/07, at No. **07-3229.**

Kindly use the Appeals Docket No. **07-3229** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Charlene Crisden** at Charlene_Crisden@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

> **Marcia M. Waldron**
> **Clerk**