## United States District Court for the District of Delaware

| | |
|---|---|
| John H. Benge, Jr.,       ) | |
|    Petitioner Below/   ) | Court of Appeals |
|    Appellant            ) | No. 07-3229 |
|                     ) | |
| v.                        ) | Delaware District Court |
|                     ) | Civil Action No. 05-0550(GMS) |
| Michael DeLoy, Warden     ) | |
| Sussex Correctional       ) | |
| Institution; and          ) | |
| Joseph R. Biden, III,     ) | |
| Attorney General of the   ) | |
| State of Delaware,        ) | |
|    Respondents Below/  ) | |
|    Appellees            ) | |



FILED
AUG - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP Scanned

### MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

**Comes Now,** Appellant John H. Benge, Jr., petitioner below/appellant ("Appellant"), and moves this Honorable Court for leave to file the appeal in the above captioned matter without prepayment of the costs therefor or the posting of security therfor and to proceed *in forma pauperis*. The grounds for this motion is that because of Appellant's poverty he is presently unable to pay such costs or post security therefor.

Appellant has previously been granted leave to proceed *in forma pauperis* in the Supreme Court of the United States; the Supreme Court of Delaware; and the Court of

Chancery of the State of Delaware in and for New Castle County.

Appellant's affidavit or declaration in support of this motion is attached hereto; Appellant has ordered a six month statement from the prison business office which will be forwarded to the Court as son as it is received by Appellant.

Date: August 2, 2007

*[signature]*
John H. Benge, Jr.
Sussex Correctional
    Institution
P.O. Box 500
Georgetown, DE 19947

## United States District Court for the District of Delaware

| | | |
|---|---|---|
| John H. Benge, Jr., <br>     Petitioner Below/ <br>     Appellant | ) <br> ) <br> ) <br> ) | Court of Appeals <br> No. 07- 3229 |
| v. | ) <br> ) | Delaware District Court <br> Civil Action No. 05-0550(GMS) |
| Michael DeLoy, Warden <br> Sussex Correctional <br> Institution; and <br> Joseph R. Biden, III, <br> Attorney General of the <br> State of Delaware, <br>     Respondents Below/ <br>     Appellees | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

### Affidavit Accompanying Motion for Permission to Appeal *In Forma Pauperis*

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621).

Signed: _____   Date: August 2, 2007

### Instructions

Complete all questions on this application and then sign it. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number.

**Nature of the appeal:** this is an appeal by a prisoner in state custody from dismissal by the District Court of a federal habeas corpus petition and denial by the court below of as certificate of appealability.

**My issues on appeal are:**

1. Whether Rule 8 of the Rules of the Supreme Court of the State of Delaware, as applied by that court, is an "independent and adequate state rule of decision" constituting a procedural bar to federal *habeas corpus* relief.

> [As to issue No. 1, Petitioner understands that this Court has previously issued a CAPP in *Campbell v. Carroll*, U. S. District Court, Delaware C.A. No. 05-5156, order, September 21, 2006 on that same issue].

2. Independently of Issue No. 1, whether the procedural bar applied by the Delaware Supreme Court in this case requiring not only a contemporaneous objection to prosecutorial misconduct *but also* an objection to a curative instruction *and* a motion for a mistrial was a procedural bar applied in the first instance in state court in this case and is therefore not a bar to federal *habeas corpus* relief pursuant to this Court's decision in *Reynolds v. Ellingsworth,* 843 F.2d 712 (3rd Cir., 2001).

3. Whether "cause" and "prejudice" excusing any procedural default were present in the circumstances of this case because of the prosecution's erratic trial strategy with respect to lesser included offenses which obscured the need for a specific unanimity instruction to the jury and the futility of further state court review.

4. Whether Delaware's presumptive sentencing system violates the Sixth and Fourteenth Amendments by permitting a judge to enhance a sentence based upon facts neither admitted by a defendant nor tried to a jury.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

**INCOME SOURCE: Prisoner wages as education program tutor**

| AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|
| **You** | **Your Spouse** |
| Employment $ 45.00 | $ N/A |
| Self-Employment $ 0 | $ N/A |
| Income from real property (such as rental income) $ 0 | $ N/A |
| Gifts $ 10. | $ N/A |
| Alimony $ 0 | $ N/A |
| Child Support $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) $ 0 | $ N/A |
| Unemployment payments $ 0 | $ N/A |
| Disability (such as social security, insurance payments) $ 0 | $ N/A |
| Public Assistance (such as welfare) $ 0 | $ N/A |
| Other (specify): $   0 | $ N/A |
| **Total monthly income $ 55.00** | **$ N/A** |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Self employed attorney | 16 Snuff Mill Road Centreville, DE 19807 | 1976-2001 | $5,000. ± |

No employment or income from employment since 2001.

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions: N/A

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $None: possession of cash prohibited at prison.

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Prison account | Prisoner | Less than $30.00 | N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.

Petitioner has ordered a six month statement from the prison business office; that statement will be forwarded to the Court as soon as it is received by Petitioner.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| | YOU | YOUR SPOUSE |
|---|---|---|
| **Home (Value)** | N/A | N/A |
| **Other real estate (Value)** | N/A | N/A |
| **Motor Vehicle # 1 (Value)** | N/A | N/A |
| Make & year: | | |
| Model: | | |
| Registration # : | | |
| **Motor Vehicle # 2 (Value)** | N/A | N/A |
| Make & year: | | |
| Model: | | |
| Registration # : | | |
| **Other assets (Value)**: | Contingent, unliquidated, disputed civil rights claims, defamation claim, property claims | |
| **Other assets (Value)** | N/A | N/A |

6. State every person, business or organization owing you or your spouse money, and the amount owed.
Person owing you or your spouse money: None – no debts are due to Petitioner

| Amount owed to you | Amount owed to your spouse |
|---|---|
| None | N/A |

7. State the persons who rely on you or your spouse for support.

| **Name** | **Relationship** | **Age** |
|---|---|---|
| None | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate: None

| | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) | N/A | N/A |
| Are real estate taxed included? __Yes __No | N/A | N/A |
| Is property insurance included? __Yes __No | N/A | N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | N/A | N/A |
| Home maintenance (repairs and upkeep) | N/A | N/A |
| Food | $25.00 | N/A |
| Clothing | $0 | N/A |
| Laundry and dry-cleaning | $0 | N/A |
| Medical and dental expenses | $0 | N/A |
| Transportation (not including motor vehicle payments) | $0 | N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $0 | N/A |
| Insurance (not deducted from wages or included in mortgage payments) | N/A | N/A |
| Homeowners or renters | N/A | N/A |
| Life | N/A | N/A |
| Health | N/A | N/A |
| Motor Vehicle | N/A | N/A |
| Other: | N/A | N/A |
| Taxes (not deducted from wages or included in mortgage payments)(specify): | $0 | N/A |

|  | You | Your Spouse |
|---|---|---|
| Installment payments | | |
| Credit Card (name): | N/A | N/A |
| Department Store (name): | N/A | N/A |
| Other: | N/A | N/A |
| Alimony, maintenance and support paid to others: | N/A | N/A |
| Regular expenses for operation of business or farm (attach detailed statement): | N/A | N/A |
| Other (specify): | N/A | N/A |
| **Total monthly expenses:** | $25.00 | N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

__ Yes  _✓_ No          If yes, describe on an attached sheet.

10. Have you paid or will you be paying an attorney any money for services in connection with this case, including the completion of this form?

__ Yes  _✓_ No          If yes, how much? $0

If yes state the attorney's name, address and telephone number: N/A

11. Have you paid Or will you be paying anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

__ Yes   _✓_ No            If yes, how much? $0

If yes state the person's name, address and telephone number: N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal: I am incarcerated and have no income or assets from which to pay docket or any other appeal-related fees. I am unable to borrow funds to pay those fees and unable, at present, to have others pay those fees on my account.

13. State the address of your legal residence.

       Sussex Correctional Institution
       Georgetown, DE 19947

Your daytime telephone number: N/A: prisoners are denied incoming calls

Your age:  58    Your years of Schooling: 19

Rev: 9/29/04

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached Motion for leave to Proceed *In Forma Pauperis* was served on August 2, 2007 by depositing the same in the prisoner mail dropbox at Sussex Correctional Institution, Georgetown, Delaware, first class mail, postage prepaid, and addressed to:

>Thomas E. Brown, Esq.
>Deputy Attorney General
>Department of Justice
>820 North French Street
>Wilmington, DE 19801

I hereby certify under penalty of the laws of the United States of America that the foregoing is true and correct.

Executed on August 2, 2007

