John H. Benge, Jr.
Sussex Correctional Center
P.O. Box 500
Georgetown, DE 19947
August 7, 2007

Office of the Clerk
Unites States District Court
United States Courthouse
844 King Street, Lockbox 18
Wilmington, DE 19801

Re: Benge v. DeLoy, Warden
District Court No. 05-0550(GMS)
Court of Appeals No. 07 – 3229

Dear Sirs:

Enclosed is the inmate account six months statement which is to be attached as part of the motion to proceed in *forma pauperis* and Form 4 affidavit that I submitted in the above matter earlier this week.

Thank you for your kind assistance.

Respectfully,

John H. Benge, Jr.

cc: Laura Greene, Esq.
    Thomas E. Brown, Esq.
    Charlene Crisden, Case Manager