05-550( GMS )

# Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 2/1/2007 through 7/31/2007

**SBI: 00494395**          **NAME:**     **BENGE, JOHN H J**

| Date | Balance |
|------|---------|
| 02/01/2007 | $5.58 |
| 02/02/2007 | $5.58 |
| 02/03/2007 | $5.58 |
| 02/04/2007 | $5.58 |
| 02/05/2007 | $5.58 |
| 02/06/2007 | $5.58 |
| 02/07/2007 | $49.58 |
| 02/08/2007 | $39.03 |
| 02/09/2007 | $39.03 |
| 02/10/2007 | $39.03 |
| 02/11/2007 | $39.03 |
| 02/12/2007 | $39.03 |
| 02/13/2007 | $39.03 |
| 02/14/2007 | $39.03 |
| 02/15/2007 | $22.62 |
| 02/16/2007 | $22.62 |
| 02/17/2007 | $22.62 |
| 02/18/2007 | $22.62 |
| 02/19/2007 | $22.62 |
| 02/20/2007 | $22.62 |
| 02/21/2007 | $22.62 |
| 02/22/2007 | $14.43 |
| 02/23/2007 | $14.43 |
| 02/24/2007 | $14.43 |
| 02/25/2007 | $14.43 |
| 02/26/2007 | $12.99 |
| 02/27/2007 | $12.99 |
| 02/28/2007 | $12.99 |
| 03/01/2007 | $4.77 |
| 03/02/2007 | $4.77 |
| 03/03/2007 | $4.77 |
| 03/04/2007 | $4.77 |
| 03/05/2007 | $4.77 |
| 03/06/2007 | $4.77 |
| 03/07/2007 | $48.77 |
| 03/08/2007 | $26.18 |
| 03/09/2007 | $26.18 |
| 03/10/2007 | $26.18 |
| 03/11/2007 | $26.18 |
| 03/12/2007 | $26.18 |
| 03/13/2007 | $26.18 |
| 03/14/2007 | $26.18 |
| 03/15/2007 | $14.18 |
| 03/16/2007 | $14.18 |
| 03/17/2007 | $14.18 |
| 03/18/2007 | $14.18 |
| 03/19/2007 | $14.18 |
| 03/20/2007 | $14.18 |

2007 AUG -8  PM 12: 23

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

BD scanned

### *Average Daily Balance For Pauper Filing*

*For Days the Individual was in Residence at SCI from 2/1/2007 through 7/31/2007*

**SBI: 00494395          NAME:     BENGE, JOHN H J**

| Date | Balance |
|------|---------|
| 03/21/2007 | $14.18 |
| 03/22/2007 | $14.18 |
| 03/23/2007 | $14.18 |
| 03/24/2007 | $14.18 |
| 03/25/2007 | $14.18 |
| 03/26/2007 | $14.18 |
| 03/27/2007 | $14.18 |
| 03/28/2007 | $12.74 |
| 03/29/2007 | $2.54 |
| 03/30/2007 | $2.54 |
| 03/31/2007 | $2.54 |
| 04/01/2007 | $2.54 |
| 04/02/2007 | $2.54 |
| 04/03/2007 | $2.54 |
| 04/04/2007 | $2.54 |
| 04/05/2007 | $2.54 |
| 04/06/2007 | $2.54 |
| 04/07/2007 | $2.54 |
| 04/08/2007 | $2.54 |
| 04/09/2007 | $46.54 |
| 04/10/2007 | $46.54 |
| 04/11/2007 | $46.54 |
| 04/12/2007 | $33.27 |
| 04/13/2007 | $33.27 |
| 04/14/2007 | $33.27 |
| 04/15/2007 | $33.27 |
| 04/16/2007 | $33.27 |
| 04/17/2007 | $33.27 |
| 04/18/2007 | $33.27 |
| 04/19/2007 | $21.32 |
| 04/20/2007 | $21.32 |
| 04/21/2007 | $21.32 |
| 04/22/2007 | $21.32 |
| 04/23/2007 | $21.32 |
| 04/24/2007 | $21.32 |
| 04/25/2007 | $21.32 |
| 04/26/2007 | $17.21 |
| 04/27/2007 | $17.21 |
| 04/28/2007 | $17.21 |
| 04/29/2007 | $17.21 |
| 04/30/2007 | $17.21 |
| 05/01/2007 | $17.21 |
| 05/02/2007 | $17.21 |
| 05/03/2007 | $7.76 |
| 05/04/2007 | $7.76 |
| 05/05/2007 | $7.76 |
| 05/06/2007 | $7.76 |
| 05/07/2007 | $55.16 |

### *Average Daily Balance For Pauper Filing*

*For Days the Individual was in Residence at SCI from 2/1/2007 through 7/31/2007*

**SBI: 00494395        NAME:        BENGE, JOHN H J**

| Date | Balance |
|---|---|
| 05/08/2007 | $55.16 |
| 05/09/2007 | $55.16 |
| 05/10/2007 | $34.96 |
| 05/11/2007 | $34.96 |
| 05/12/2007 | $34.96 |
| 05/13/2007 | $34.96 |
| 05/14/2007 | $34.96 |
| 05/15/2007 | $34.96 |
| 05/16/2007 | $35.96 |
| 05/17/2007 | $35.96 |
| 05/18/2007 | $35.96 |
| 05/19/2007 | $35.96 |
| 05/20/2007 | $35.96 |
| 05/21/2007 | $35.96 |
| 05/22/2007 | $35.96 |
| 05/23/2007 | $35.96 |
| 05/24/2007 | $18.69 |
| 05/25/2007 | $11.64 |
| 05/26/2007 | $11.64 |
| 05/27/2007 | $11.64 |
| 05/28/2007 | $11.64 |
| 05/29/2007 | $11.64 |
| 05/30/2007 | $11.64 |
| 05/31/2007 | $11.64 |
| 06/01/2007 | $11.64 |
| 06/02/2007 | $11.64 |
| 06/03/2007 | $11.64 |
| 06/04/2007 | $11.64 |
| 06/05/2007 | $11.64 |
| 06/06/2007 | $11.64 |
| 06/07/2007 | $50.45 |
| 06/08/2007 | $50.45 |
| 06/09/2007 | $50.45 |
| 06/10/2007 | $50.45 |
| 06/11/2007 | $50.45 |
| 06/12/2007 | $50.45 |
| 06/13/2007 | $50.45 |
| 06/14/2007 | $50.45 |
| 06/15/2007 | $50.45 |
| 06/16/2007 | $50.45 |
| 06/17/2007 | $50.45 |
| 06/18/2007 | $50.45 |
| 06/19/2007 | $50.45 |
| 06/20/2007 | $50.45 |
| 06/21/2007 | $29.79 |
| 06/22/2007 | $29.79 |
| 06/23/2007 | $29.79 |
| 06/24/2007 | $29.79 |

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 2/1/2007 through 7/31/2007*

*SBI: 00494395*          *NAME:*          *BENGE, JOHN H J*

| Date | Balance |
|------|---------|
| 06/25/2007 | $29.79 |
| 06/26/2007 | $27.85 |
| 06/27/2007 | $27.85 |
| 06/28/2007 | $27.85 |
| 06/29/2007 | $27.85 |
| 06/30/2007 | $27.85 |
| 07/01/2007 | $27.85 |
| 07/02/2007 | $27.85 |
| 07/03/2007 | $27.85 |
| 07/04/2007 | $27.85 |
| 07/05/2007 | $27.85 |
| 07/06/2007 | $27.85 |
| 07/07/2007 | $27.85 |
| 07/08/2007 | $27.85 |
| 07/09/2007 | $27.85 |
| 07/10/2007 | $27.85 |
| 07/11/2007 | $27.85 |
| 07/12/2007 | $74.05 |
| 07/13/2007 | $18.20 |
| 07/14/2007 | $18.20 |
| 07/15/2007 | $18.20 |
| 07/16/2007 | $18.20 |
| 07/17/2007 | $18.20 |
| 07/18/2007 | $18.20 |
| 07/19/2007 | $13.03 |
| 07/20/2007 | $13.03 |
| 07/21/2007 | $13.03 |
| 07/22/2007 | $13.03 |
| 07/23/2007 | $13.03 |
| 07/24/2007 | $13.03 |
| 07/25/2007 | $13.03 |
| 07/26/2007 | $13.03 |
| 07/27/2007 | $5.89 |
| 07/28/2007 | $5.89 |
| 07/29/2007 | $5.89 |
| 07/30/2007 | $5.89 |
| 07/31/2007 | $5.89 |

*Summary for 'SBI' = 00494395 (181 detail records)*          **Average Daily Balance:**    **$23.32**

# Prior Month -- Individual Statement

Date Printed: 8/3/2007                                                                                    Page 1 of 1

## For Month of February 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $19.67 |
|---|---|---|---|---|---|---|
| 00494395 | BENGE | JOHN | H | J | | |
| **Current Location:** | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 2/1/2007 | ($14.09) | $0.00 | $0.00 | $0.00 | $5.58 |
| Postage | | 2/2/2007 | $0.00 | $0.00 | ($0.24) | $0.00 | $5.58 |
| Postage | | 2/5/2007 | $0.00 | $0.00 | ($0.24) | $0.00 | $5.58 |
| Payroll | | 2/7/2007 | $44.00 | $0.00 | $0.00 | $0.00 | $49.58 |
| Commissary | | 2/8/2007 | ($10.55) | $0.00 | $0.00 | $0.00 | $39.03 |
| Commissary | | 2/15/2007 | ($16.41) | $0.00 | $0.00 | $0.00 | $22.62 |
| Postage | | 2/22/2007 | $0.00 | $0.00 | ($0.24) | $0.00 | $22.62 |
| Postage | | 2/22/2007 | $0.00 | $0.00 | ($0.72) | $0.00 | $22.62 |
| Commissary | | 2/22/2007 | ($8.19) | $0.00 | $0.00 | $0.00 | $14.43 |
| Postage | | 2/26/2007 | ($0.24) | $0.00 | $0.00 | $0.00 | $14.19 |
| Postage | | 2/26/2007 | ($0.24) | $0.00 | $0.00 | $0.00 | $13.95 |
| Postage | | 2/26/2007 | ($0.72) | $0.00 | $0.00 | $0.00 | $13.23 |
| Postage | | 2/26/2007 | ($0.24) | $0.00 | $0.00 | $0.00 | $12.99 |
| Postage | | 2/27/2007 | $0.00 | $0.00 | ($0.24) | $0.00 | $12.99 |
| | | | | | **Ending Mth Balance:** | | $12.99 |

# Prior Month -- Individual Statement

Date Printed: 8/3/2007

## For Month of March 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $12.99 |
|-----|-----------|------------|----|--------|------------------|--|--------|
| 00494395 | BENGE | JOHN | H | J | | | |
| **Current Location:** | MERIT WEST | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Commissary | | 3/1/2007 | ($8.22) | $0.00 | $0.00 | $0.00 | $4.77 |
| Postage | | 3/5/2007 | $0.00 | $0.00 | ($0.24) | $0.00 | $4.77 |
| Postage | | 3/5/2007 | $0.00 | $0.00 | ($0.24) | $0.00 | $4.77 |
| Payroll | | 3/7/2007 | $44.00 | $0.00 | $0.00 | $0.00 | $48.77 |
| Commissary | | 3/8/2007 | ($22.59) | $0.00 | $0.00 | $0.00 | $26.18 |
| Postage | | 3/9/2007 | $0.00 | $0.00 | ($0.48) | $0.00 | $26.18 |
| Postage | | 3/12/2007 | $0.00 | $0.00 | ($0.24) | $0.00 | $26.18 |
| Commissary | | 3/15/2007 | ($12.00) | $0.00 | $0.00 | $0.00 | $14.18 |
| Postage | | 3/28/2007 | ($0.24) | $0.00 | $0.00 | $0.00 | $13.94 |
| Postage | | 3/28/2007 | ($0.24) | $0.00 | $0.00 | $0.00 | $13.70 |
| Postage | | 3/28/2007 | ($0.24) | $0.00 | $0.00 | $0.00 | $13.46 |
| Postage | | 3/28/2007 | ($0.48) | $0.00 | $0.00 | $0.00 | $12.98 |
| Postage | | 3/28/2007 | ($0.24) | $0.00 | $0.00 | $0.00 | $12.74 |
| Commissary | | 3/29/2007 | ($10.20) | $0.00 | $0.00 | $0.00 | $2.54 |
| | | | | | **Ending Mth Balance:** | | **$2.54** |

# Prior Month -- Individual Statement

Date Printed: 8/3/2007

## For Month of April 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.54 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00494395 | BENGE | JOHN | H | J | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Payroll | | 4/9/2007 | $44.00 | $0.00 | $0.00 | $0.00 | $46.54 |
| Copies | | 4/11/2007 | $0.00 | $0.00 | ($0.75) | $0.00 | $46.54 |
| Commissary | | 4/12/2007 | ($13.27) | $0.00 | $0.00 | $0.00 | $33.27 |
| Commissary | | 4/19/2007 | ($11.95) | $0.00 | $0.00 | $0.00 | $21.32 |
| Postage | | 4/26/2007 | $0.00 | $0.00 | ($0.96) | $0.00 | $21.32 |
| Postage | | 4/26/2007 | $0.00 | $0.00 | ($2.40) | $0.00 | $21.32 |
| Copies | | 4/26/2007 | ($0.75) | $0.00 | $0.00 | $0.00 | $20.57 |
| Postage | | 4/26/2007 | ($2.40) | $0.00 | $0.00 | $0.00 | $18.17 |
| Postage | | 4/26/2007 | ($0.96) | $0.00 | $0.00 | $0.00 | $17.21 |
| | | | | | | Ending Mth Balance: | $17.21 |

# Prior Month -- Individual Statement

Date Printed: 8/3/2007

Page 1 of 1

## For Month of May 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $17.21 |
|-----|-----------|------------|-----|--------|------------------|--|--------|
| 00494395 | BENGE | JOHN | H | J | | | |
| Current Location: | MERIT WEST | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Commissary | | 5/3/2007 | ($9.45) | $0.00 | $0.00 | $0.00 | $7.76 |
| Pay-To | PROTHONOTARY | 5/7/2007 | ($1.00) | $0.00 | $0.00 | $0.00 | $6.76 |
| Payroll | | 5/7/2007 | $48.40 | $0.00 | $0.00 | $0.00 | $55.16 |
| Commissary | | 5/10/2007 | ($20.20) | $0.00 | $0.00 | $0.00 | $34.96 |
| Postage | | 5/11/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | $34.96 |
| Postage | | 5/11/2007 | $0.00 | $0.00 | ($0.63) | $0.00 | $34.96 |
| Postage | | 5/11/2007 | $0.00 | $0.00 | ($0.87) | $0.00 | $34.96 |
| Postage | | 5/11/2007 | $0.00 | $0.00 | ($1.35) | $0.00 | $34.96 |
| Postage | | 5/15/2007 | $0.00 | $0.00 | ($0.24) | $0.00 | $34.96 |
| Pay-To | PROTHONOTARY CK | 5/16/2007 | $1.00 | $0.00 | $0.00 | $0.00 | $35.96 |
| Postage | | 5/23/2007 | $0.00 | $0.00 | ($2.41) | $0.00 | $35.96 |
| Postage | | 5/23/2007 | $0.00 | $0.00 | ($0.68) | $0.00 | $35.96 |
| Commissary | | 5/24/2007 | ($17.27) | $0.00 | $0.00 | $0.00 | $18.69 |
| Postage | | 5/25/2007 | ($0.87) | $0.00 | $0.00 | $0.00 | $17.82 |
| Postage | | 5/25/2007 | ($0.63) | $0.00 | $0.00 | $0.00 | $17.19 |
| Postage | | 5/25/2007 | ($0.87) | $0.00 | $0.00 | $0.00 | $16.32 |
| Postage | | 5/25/2007 | ($1.35) | $0.00 | $0.00 | $0.00 | $14.97 |
| Postage | | 5/25/2007 | ($0.24) | $0.00 | $0.00 | $0.00 | $14.73 |
| Postage | | 5/25/2007 | ($0.68) | $0.00 | $0.00 | $0.00 | $14.05 |
| Postage | | 5/25/2007 | ($2.41) | $0.00 | $0.00 | $0.00 | $11.64 |
| | | | | | Ending Mth Balance: | | $11.64 |

# Prior Month -- Individual Statement

Date Printed: 8/3/2007

## For Month of June 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $11.64 |
|---|---|---|---|---|---|---|
| 00494395 | BENGE | JOHN | H | J | | |
| **Current Location:** MERIT WEST | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 6/6/2007 | $0.00 | $0.00 | ($0.51) | $0.00 | $11.64 |
| Postage | | 6/6/2007 | $0.00 | $0.00 | ($1.02) | $0.00 | $11.64 |
| Commissary | | 6/7/2007 | ($7.39) | $0.00 | $0.00 | $0.00 | $4.25 |
| Payroll | | 6/7/2007 | $46.20 | $0.00 | $0.00 | $0.00 | $50.45 |
| Postage | | 6/15/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | $50.45 |
| Commissary | | 6/21/2007 | ($20.66) | $0.00 | $0.00 | $0.00 | $29.79 |
| Postage | | 6/26/2007 | ($1.02) | $0.00 | $0.00 | $0.00 | $28.77 |
| Postage | | 6/26/2007 | ($0.51) | $0.00 | $0.00 | $0.00 | $28.26 |
| Postage | | 6/26/2007 | ($0.41) | $0.00 | $0.00 | $0.00 | $27.85 |
| Copies | | 6/29/2007 | $0.00 | $0.00 | ($1.25) | $0.00 | $27.85 |
| | | | | | **Ending Mth Balance:** | | $27.85 |

# Prior Month -- Individual Statement

Date Printed:  8/3/2007                                                                 Page 1 of 1

## For Month of July 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $27.85 |
|-----|-----------|------------|----|--------|------------------|--------|
| 00494395 | BENGE | JOHN | H | J | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Postage | | 7/2/2007 | $0.00 | $0.00 | ($1.05) | $0.00 | $27.85 |
| Postage | | 7/2/2007 | $0.00 | $0.00 | ($1.39) | $0.00 | $27.85 |
| Postage | | 7/2/2007 | $0.00 | $0.00 | ($1.39) | $0.00 | $27.85 |
| Postage | | 7/6/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | $27.85 |
| Postage | | 7/9/2007 | $0.00 | $0.00 | ($0.57) | $0.00 | $27.85 |
| Payroll | | 7/12/2007 | $46.20 | $0.00 | $0.00 | $0.00 | $74.05 |
| Copies | | 7/13/2007 | ($1.25) | $0.00 | $0.00 | $0.00 | $72.80 |
| Postage | | 7/13/2007 | ($1.39) | $0.00 | $0.00 | $0.00 | $71.41 |
| Postage | | 7/13/2007 | ($1.05) | $0.00 | $0.00 | $0.00 | $70.36 |
| Postage | | 7/13/2007 | ($1.39) | $0.00 | $0.00 | $0.00 | $68.97 |
| Postage | | 7/13/2007 | ($0.41) | $0.00 | $0.00 | $0.00 | $68.56 |
| Postage | | 7/13/2007 | ($0.57) | $0.00 | $0.00 | $0.00 | $67.99 |
| Commissary | | 7/13/2007 | ($49.79) | $0.00 | $0.00 | $0.00 | $18.20 |
| Commissary | | 7/19/2007 | ($5.17) | $0.00 | $0.00 | $0.00 | $13.03 |
| Postage | | 7/20/2007 | $0.00 | $0.00 | ($1.53) | $0.00 | $13.03 |
| Postage | | 7/20/2007 | $0.00 | $0.00 | ($1.53) | $0.00 | $13.03 |
| Postage | | 7/23/2007 | $0.00 | $0.00 | ($4.08) | $0.00 | $13.03 |
| Postage | | 7/27/2007 | ($1.53) | $0.00 | $0.00 | $0.00 | $11.50 |
| Postage | | 7/27/2007 | ($1.53) | $0.00 | $0.00 | $0.00 | $9.97 |
| Postage | | 7/27/2007 | ($4.08) | $0.00 | $0.00 | $0.00 | $5.89 |
| Postage | | 7/30/2007 | $0.00 | $0.00 | ($1.36) | $0.00 | $5.89 |
| Postage | | 7/30/2007 | $0.00 | $0.00 | ($1.36) | $0.00 | $5.89 |
| Postage | | 7/31/2007 | $0.00 | $0.00 | ($7.90) | $0.00 | $5.89 |
| | | | | | Ending Mth Balance: | | $5.89 |

## REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: _DENGE      JOHN      H._    SBI Number: _00494395_
            (Last)    (First)   (M.I.)

Housing Unit: _MERIT WEST_

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_____    _____
Inmate Signature    Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

                      **RECEIVED**
Date received by business office: **SCI Business Office**
                 **AUG 0 3 2007**

                            JUDITH ANN LEDERMAN
                      NOTARY PUBLIC, STATE OF DELAWARE
                      My Commission Expires August 19, 2007

## INMATE ACCOUNT STATEMENT

TO:   Inmate Name: _DENGE      JOHN      H._
                   (Last)   (First)   (M.I.)
       SBI Number: _00494395_
       Housing Unit: _MERIT WEST_

FR:   Inmate Account Technician

DA:

RE:   Summary Of Account

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Attached is your account statement for the six month period of _02·01_ , _2007_ through _07-31_ , _2007_ .

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ _23.32_ .

Attachment

_____
Notary     PHYLLIS REDDEN
          Notary Public, State of Delaware
          My Commission Expires October 31, 2007

From: J. BENGE JR
(SCI) P.O. Box 500
GEORGETOWN, DE
19947



U.S. POSTAGE
PAID
GEORGETOWN, DE
AMOUNT
$1.48



To: OFFICE OF THE CLERK
U.S. DISTRICT COURT
U.S. COURTHOUSE
844 KING ST. LOCK BOX #18
WILMINGTON DE. 19801

Ready **P**ost.

Photo Document Mailer

