FPS - 523                                          DATE: August 10, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 07-3229

Benge v. Deloy

To:    Clerk

1)    Motion by Appellant for leave to appeal in forma pauperis

---

The foregoing motion to proceed in forma pauperis is granted.

For the Court,

/s/Marcia M. Waldron
Clerk

A True Copy:

Marcia M. Waldron, Clerk

Dated: August 29, 2007
CLC\cc: Mr. John H. Benge Jr.            Thomas E. Brown, Esq.